UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINIE WILLIS,<br><br>        Plaintiff,<br><br>vs.<br><br>XEROX BUSINESS SERVICES, LLC; XEROX EDUCATION SOLUTIONS, LLC; and DOES 1 through 20,<br><br>        Defendants. | Case No. 1:13-cv-01353-LJO-JLT<br><br>**ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>**(Doc. 7)** |

### ORDER

Based on the Stipulation of the Parties, and for Good Cause appearing, the Court Orders as follows:

1. Defendants' last day to respond to the operative complaint is extended for 28 days, from August 30, 2013 to September 27, 2013, which is effective without Court order pursuant to Civil Local Rule 144.

2. Plaintiff may file an amended complaint on or before September 26, 2013.

///
///
///
///

3. Following the filing of a Second Amended Complaint, Defendants shall have 28 days from the date of service to file a responsive pleading.

IT IS SO ORDERED.

Dated:  **September 3, 2013**                              **/s/ Jennifer L. Thurston**
                                                                             UNITED STATES MAGISTRATE JUDGE